# RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | | MAGISTRATE'S DOCKET # | |
|---|---|---|---|
| vs | | DATE OF COMPLAINT | |
| TERRY KELLY | | CRIMINAL DOCKET NUMBER | 2:21-cr-358-CCW-3 |
| | | DATE OF INDICTMENT | 8/24/2021 |
| | | STATUTE: | |

DATE ARRESTED:    8/31/2021

## INITIAL APPEARANCE

| Before | | LENIHAN | X | EDDY | Date: | 8/31/2021 | C.D. Index | |
|---|---|---|---|---|---|---|---|---|
| Magistrate | | DODGE | | LANZILLO | Time: | 2:05 pm - 2:20 pm | Tape Index: | |
| | | KELLY | | PESTO | | | | |

U. S. ATTORNEY          MICHAEL BALL

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:

   [ ] Read      [X] Summarized      [ ] Reading waived

   [ ] Defendant provided with a copy of the charges

   [X] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES

   [X] Read      [ ] Summarized      [ ] Reading waived

4. COUNSEL   [X] Defendant requested appointment      [ ] Defendant waived appointment

   [X] Defendant represented by:    Sarah Levin, FPD, for today's proceedings only

   [ ] Defendant expects to retain:

   [X] Affidavit executed.

   [ ] Not Qualified      [X] Qualified      [ ] with possible requirement for partial or full payment

   [ ] Federal Public Defender appointed

   [ ] CJA Panel Attorney _____ appointed

5. BAIL   Recommended Bond:

   Bond Set at:

   [ ] By Consent      [ ] Additional Conditions Imposed:    .

   [ ] By Magistrate

   [ ] Bond Posted

   [X] Temporary Commitment issued      [ ] Final Commitment issued

   Bond Review Hearing Set For:

   Detention Hearing Set For:    9/1 @ 3:00 pm before Chief Magistrate Judge Eddy

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

   Arraignment:    9/1 @ 3:00 pm    Before Magistrate Judge    Eddy

ADDITIONAL COMMENTS: