# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. 2:21-cr-358-CCW-3 |
| ) | |
| TERRY KELLY ) | |
| Defendant ) | |

## HEARING ON DETENTION

Before <u>Chief Magistrate Judge Cynthia Reed Eddy</u>

<u>Jonathan Lusty</u>                                       <u>Daniel Cuddy</u>
        Appear for Plaintiff                                       Appear for Defendant

Hearing begun  <u>9/3/2021 at 2:00 p.m.</u>          Hearing adjourned _____

Hearing concluded  <u>9/3/2021 at 2:25 p.m.</u>     Court Reporter   <u>Debbie Betzler</u>


<u>The Government indicates that this is a presumption case.</u>

<u>Government proffer.</u>

<u>Defense proffer (Pretrial Services recommendation and release plan).</u>

<u>Defense argument as to release.</u>

<u>Government argument as to continued detention.</u>

<u>The Court finds that the Defendant has not overcome the presumption, and that no reasonable conditions may be imposed to ensure the safety of the community.  Defendant ordered detained pending trial.</u>