IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 21-358 |
| | ) |
| TERRY KELLY | ) |

RECEIPT FOR LOCAL CRIMINAL RULE 16.1 MATERIAL

The following materials are provided to you pursuant to Rule 16 of the Local Rules of Court for the United States District Court for the Western District of Pennsylvania. Please consider this the request of the United States for the disclosure of the materials and items that should be disclosed to the United States under Federal Rule of Criminal Procedure 16 and any other applicable reciprocal disclosure rule.

1. Relevant written or recorded statements or confessions of the defendant. Specify:
   - **Terry KELLY 08-31-21**

2. Grand Jury testimony of the defendant, if any, not included.
   - **None**

3. Defendant's prior criminal record, if any, included.
   - **Kelly, Terry - CH (JL)**

4. At a time convenient to all parties, the attorney for the defendant will be permitted to review and/or copy all tangible objects, books, papers, documents, buildings, or places that are in the possession, custody, or control of the United States and (a) are material to preparation of the defendant's defense, (b) are intended for use by the United States as evidence in its case-in-chief at trial, or (c) were obtained from or belong to the defendant.
   - **Please contact the assigned prosecutor to discuss copying and/or reviewing any item or data that is referenced in the material that is being provided with this receipt.**

5. Reports of relevant physical or mental examinations and scientific tests. Specify:
   - **AG Rock and Jackson lab reports (2) (5 pages)**
   - **AG Rock and Jackson crime lab submital – SW (2 pages)**
   - **Exhibit 9**
   - **CM-20-0152_Final Report_2021810084559_Northeast**

6. As set forth in applicable case authority, counsel for the United States recognizes his/her obligation to seek all evidence favorable to the defendant that is known to the others acting on behalf of the United States in this case, and will timely disclose

1

known, material, favorable evidence in a manner that accords due process to the defendant.   The following exculpatory material is being disclosed at this time:
- **None**

7. Additional documents provided:
   - **Red Roof Inn - Truck - Smallwood SW Affidavit**
   - **Warrant – Hotel**
   - **Warrant – Smallwood**
   - **Warrant – Truck**
   - **Surveillance of Diego ZAMUDIO at the Pittsburgh International Airport on April 21, 2021 (2 pages)**
   - **AG Rock cellphone search warrant (7 pages)**
   - **AG Rock and Jackson traffic stop (83 pages)**
   - **AG Rock and Jackson re-file supplemental (44 pages)**
   - **AG Rock and Jackson search warrant (47 pages)**
   - **AG Rock and Jackson hotel receipt (2 pages)**
   - **Acquisition of Exhibits N-21, N-21a thru N-26, N-28 and N-32 and Execution of Search Warrant at 14451 Clearfield Shawville Hwy the Red roof Inn (9 pages)**
   - **Cantu Texts with Diego (163 pages)**
   - **Kimari – Kareem Texts (6 pages)**
   - **TIII Disclosure Orders**
   - **TIII Disclosure Orders; TT6 Linesheets; TT6 Recordings; TT2, TT4, TT5, TT6 TIII Packet**

Respectfully submitted,

STEPHEN R. KAUFMAN
ACTING UNITED STATES ATTORNEY

*s/ Jonathan D. Lusty*
Assistant U.S. Attorney

9/30/2021
Date

Receipt acknowledged by:

_____
Counsel for Defendant

10/4/2021
Date

2